IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 NOV -8 P 3:48
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| ALFA CORPORATION,<br>an Alabama corporation, | *<br>*<br>* |
| Plaintiff, | *<br>* |
| v. | * Case No. 2:06-cv- 1007-ID |
| ALFA FINANCIAL CORPORATION,<br>a Texas corporation, | *<br>*<br>* |
| Defendant. | * |

**CORPORATE DISCLOSURE STATEMENT**

By Order of the Middle District of Alabama and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff certifies that the Plaintiff, Alfa Corporation, is a publicly traded company and its stock is listed on the NASDAQ exchange.

Dated this the 8th day of November, 2006.

_____
Robert A. Huffaker
Rushton, Stakely, Johnston & Garrett, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama 36101-0270
Tel: (334) 206-3215
Fax: (334) 481-0814
E-Mail: rah@rsjg.com
Bar Number: ASB-7668-U79R

Juan C. Basombrio
Dorsey & Whitney LLP
38 Technology Drive
Irvine, California 92618
Tel: (949) 932-3600
Fax: (949) 932-3601
E-Mail: Basombrio.Juan@dorsey.com
Bar Number: California State Bar
No. 150703 (seeking admission pro hac vice)

Attorneys for Plaintiff
ALFA CORPORATION