## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **ALFA CORP.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO. 2:06cv1007-ID** |
| **v.** | ) | |
| | ) | |
| **ALFA FINANCIAL CORP.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER

Upon CONSIDERATION of the motion for admission of Juan C. Basombrio *pro hac vice* (Doc. No. 4), it is ORDERED that said motion be and the same is hereby GRANTED and that Juan C. Basombrio, Esquire, is hereby ADMITTED *pro hac vice* as counsel on behalf of Plaintiff.

DONE this 17th day of November, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE