AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 1-19-07 |
| NAME OF SERVER (PRINT) Dick Rogers | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 10333 Harwin #612 Houston, Texas

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Rowland Etuk - Broker Alfa Financial & Investment Co.

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-19-07
           Date

Signature of Server

10242 Kent Towne Ln.
Sugar Land, TX. 77478
Address of Server

RETURNED AND FILED

FEB - 8 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

ALFA CORPORATION, an Alabama Corporation

V.

ALFA FINANCIAL CORPORATION,
a Texas Corporation

ALIAS
SUMMONS IN A CIVIL ACTION

CASE NUMBER:   2:06-cv-1007-ID

RETURNED AND FILED

FEB - 8 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

TO: (Name and address of Defendant)

Alfa Financial Corporation
c/o Franktheia Williams
10627 Wickersham Lane
Houston, Texas 77042

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert A. Huffaker
Rushton, Stakely, Johnston & Garrett, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270

Juan C. Basombrio
Dorsey & Whitney, LLP
38 Technology Drive
Irvine, California 92618

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                   12/11/2006
CLERK                                                 DATE

_Ben Robinson_
(By) DEPUTY CLERK