UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ALFA CORPORATION,<br>a Alabama corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALFA FINANCIAL<br>CORPORATION,<br>a Texas corporation,<br><br>Defendant. | CIVIL ACTION NO.<br>2:06-CV-1007-ID |

## APPLICATION OF PLAINTIFF FOR ENTRY OF DEFAULT

**COMES NOW** the Plaintiff, Alfa Corporation, and requests that the Clerk of this Court enter the default of Alfa Financial Corporation ("Alfa Financial"), for failure to plead or otherwise defend in a timely manner as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

This request is based upon the attached affidavit of Robert A. Huffaker which shows:

(1) The Defendant Alfa Financial was served with the Summons and Complaint in this action on January 19, 2007.

(2) A copy of the Return of Service is attached to the Affidavit of Robert A. Huffaker as Exhibit 1.

(3) Defendant's deadline to respond to the Complaint was February 8, 2007.

(4) The Defendant Alfa Financial has failed to plead or otherwise respond to the Complaint.

(5) The applicable time limit for answering or responding has expired.

(6) The Defendant is not a minor, an incompetent person, or in the military service.

WHEREFORE, the Plaintiff requests that the Clerk of this Court enter the default of the Defendant Alfa Financial Corporation.

Dated: February 26, 2007

> s/Robert A. Huffaker
> Rushton, Stakely, Johnston & Garrett, P.A.
> Post Office Box 270
> Montgomery, Alabama 36101-0270
> Telephone: (334) 206-3100
> Facsimile: (334) 262-6277
> E-Mail: rah@rsjg.com
> Bar Number: huffr7668
>
> Juan C. Basombrio (admitted pro hac vice)
> Dorsey & Whitney LLP
> 38 Technology Drive
> Irvine, California 92618
> Telephone: (949) 932-3600
> Facsimile: (949) 932-3601
> E-Mail: Basombrio.Juan@dorsey.com
> Bar Number: Admitted pro hac vice
>
> Attorneys for Plaintiff
> ALFA CORPORATION

## CERTIFICATE OF SERVICE

  I hereby certify that on February 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF and I hereby certify that I have mailed by United States Postal Service, the document to the following non-CM/ECF participant:

    Alfa Financial Corporation
    10627 Wickersham Lane
    Houston, Texas  77042

            s/Robert A. Huffaker
            Of Counsel

4848-5508-0449\1

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ALFA CORPORATION,** a Alabama corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**ALFA FINANCIAL CORPORATION,** a Texas corporation,<br><br>Defendant. | CIVIL ACTION NO. 2:06-CV-1007-ID |

### AFFIDAVIT OF ROBERT A. HUFFAKER

STATE OF ALABAMA

MONTGOMERY COUNTY

Before me, the undersigned Notary Public in and for said sate and county, personally appeared Robert A. Huffaker, who is known to me and who being by me first duly sworn, deposes and states as follows:

1. My name is Robert A. Huffaker and I am the attorney for the Plaintiff in this action, Alfa Corporation. I give this affidavit in connection with the application of Alfa Corporation for the entry of default against the Defendant Alfa Financial Corporation.

2. The Complaint in this action was filed on November 8, 2006 [Doc. No. 1]. On January 19, 2007, the Summons and Complaint was served upon the

Defendant by personal service. A copy of the proof of service is attached hereto as Exhibit 1. The proof of service was duly filed with the Court on February 8, 2007 [Doc. No. 7]. Defendant's deadline to answer or respond to the Complaint was February 8, 2007.

3. The Defendant Alfa Financial Corporation has failed to serve and file an Answer or any other response to the Complaint.

4. The time for responding to the Complaint has now expired and the time for Alfa Financial Corporation to respond to the Complaint has not been extended by any stipulation of the parties or any order of the Court.

5. The Defendant is not an infant or incompetent person within the meaning of Rule 55(a) of the Federal Rules of Civil Procedure because it is a corporation organized and existing under the laws of the State of Texas, with its principal place of business in Houston, Texas.

_____
Robert A. Huffaker

SWORN TO and SUBSCRIBED before me on this the 26th day of February, 2007.

_____
Notary Public
My Commission expires: 6-6-09
(SEAL)

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

ALFA CORPORATION, an Alabama Corporation

ALIAS

**SUMMONS IN A CIVIL ACTION**

V.

ALFA FINANCIAL CORPORATION,
a Texas Corporation

CASE NUMBER: 2:06-cv-1007-ID

RETURNED AND FILED

FEB - 8 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

TO: (Name and address of Defendant)

Alfa Financial Corporation
c/o Franktheia Williams
10627 Wickersham Lane
Houston, Texas 77042

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert A. Huffaker
Rushton, Stakely, Johnston & Garrett, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270

Juan C. Basombrio
Dorsey & Whitney, LLP
38 Technology Drive
Irvine, California 92618

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                    12/11/2006
CLERK                                                 DATE

*Ben Robinson*
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 1-19-07 |
| NAME OF SERVER (PRINT) Dick Rogers | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 10333 Harwin #612 Houston, Texas

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Rowland Etuk - Broker Alfa Financial & Investment Co.

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1-19-07
                Date

Signature of Server

10242 Kent Towne Ln.
Sugar Land, TX. 77478
Address of Server

RETURNED AND FILED

FEB - 8 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.