AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

ALFA CORPORATION, an Alabama Corporation

ALIAS

**SUMMONS IN A CIVIL ACTION**

V.

ALFA FINANCIAL CORPORATION,
a Texas Corporation

CASE NUMBER:   2:06-cv-1007-ID

TO: (Name and address of Defendant)

> Alfa Financial Corporation
> c/o Franktheia Williams
> 10333 Harwin Drive, Suite 612   (business)
> Houston, Texas  77036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Robert A. Huffaker
> Rushton, Stakely, Johnston & Garrett, P.A.
> Post Office Box 270
> Montgomery, Alabama  36101-0270
>
> Juan C. Basombrio
> Dorsey & Whitney, LLP
> 38 Technology Drive
> Irvine, California  92618

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                         3/13/07
CLERK                                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4-2-07 |
| NAME OF SERVER (PRINT) Amy Keeney | TITLE Professional Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Served Personally upon the Secretary of State (Helen Lupercio) (See Attach ROS)

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES | TOTAL | $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-9-07
_____
Date            Signature of Server

510 S. Congress Ste 207 Austin TX 78704
Address of Server

*See Attach Return of Service*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

| | | | |
|---|---|---|---|
| COUNTY: MIDDLE | CASE # 206CV1007ID | COURT | |
| | | Clt. Ref.# | Clt.#   900 |

ALFA CORPORATION,
AN ALABAMA CORP.

VS
ALFA FINANCIAL CORP.,
A TEXAS CORP.

The documents came to hand for service on 03/16/07  Time: 09:00:00

Documents received for service:

**ALIAS SUMMONS IN A CIVIL ACTION; COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES; EXHIBIT(S)**

The documents were delivered on **04/02/07**  Time: **14:47:00**

Executed at: 1019 Brazos
             Austin, TX 78701
to the following: **Alfa Financial Corporation**
                  **By Delivering To Its Registered Agent Franktheia Williams**
                  **By Delivering To Secretary Of State Helen Lupercio**

✓ _____ PERSONALLY delivering the document(s) to the person above.
_____ SUBSTITUTE SERVICE per Order by delivering to _____ a person over sixteen (16) years of age, at the above listed address which is the usual place of abode/business of the above named person.
_____ POSTING per Order by securely affixing to the main entry way at the above address.

## AFFIDAVIT

I, Amy Keeney _____ , am over the age of eighteen, and am neither a party to nor interested in the outcome of the above suit. I HAVE PERSONAL KNOWLEDGE OF THE FACTS SET FORTH ABOVE. I have never been convicted of a felony or misdemeanor involving moral turpitude in any state OR federal jurisdicition, and I have studied and am familiar with TEXAS RULES OF CIVIL PROCEDURE, VERNON'S TEXAS STATUTES, CIVIL PRACTICE AND REMEDIES CODE and all other applicable rules and statutes relating to service of citation and/or notices I am authorized by written order of the court to serve citations and other notices.

Service Fee: 60.00

Witness Fee Tendered: .00

Mileage: .00

Amy Keeney
Texas LIC#: SC-722
Professional Civil Process Austin
510 South Congress Ste 207
Austin TX 78704

STATE OF TEXAS}
                    VERIFICATION

On this day Amy Keeney appeared before me, a notary public, and being duly sworn by me stated that he/she has personal knowledge of the facts set forth in the foregoing affidavit and declared that the facts contained therein are true and correct. Given my hand and seal of office this 2 day of April 200 7.

NOTARY PUBLIC FOR THE STATE OF TEXAS



AX02H03070729



RICK KEENEY
MY COMMISSION EXPIRES
August 22, 2008