UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ALFA CORPORATION,<br>a Alabama corporation,<br><br>Plaintiff,<br>vs.<br>ALFA FINANCIAL<br>CORPORATION,<br>a Texas corporation,<br><br>Defendant. | CIVIL ACTION NO.<br>2:06-CV-1007-ID |

## AMENDED/RENEWED APPLICATION OF PLAINTIFF

## FOR ENTRY OF DEFAULT

**COMES NOW** the Plaintiff, Alfa Corporation, and requests that the Clerk of this Court enter the default of Alfa Financial Corporation ("Alfa Financial"), for failure to plead or otherwise defend in a timely manner as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

This request is based upon the attached affidavit of Robert A. Huffaker which shows:

(1) The Defendant Alfa Financial was served with the Summons and Complaint in this action on January 19, 2007. A copy of the return of service is attached to the Affidavit of Robert A. Huffaker as Exhibit 1.

(2) Because of questions as to whether the person served on January 19,

2007, was an officer, managing or general agent, or agent authorized by appointment or by law to receive service of process in behalf of the Defendant, process was again served upon the Defendant by service upon the Secretary of State of Texas as permitted under the laws of Texas which is the domiciliary state of the Defendant. *See Tx. Bus. Corp. Act* § 2.11(B). The Secretary of State was served with the Summons and Complaint on April 2, 2007. The Secretary of State forwarded a copy of the Summons and Complaint to Alfa Financial Corporation on April 9, 2007 and received a return receipt on April 12, 2007 bearing the signature of the agent of Alfa Financial Corporation. A copy of the return of service is attached to the Affidavit of Robert A. Huffaker as Exhibit 2.

(3) Defendant's deadline to respond to the Complaint pursuant to the original service of process was February 8, 2007 and the deadline to respond to the Complaint pursuant to the service of process upon the Secretary of State was May 2, 2007. The Defendant Alfa Financial has failed to plead or otherwise respond to the Complaint.

(4) The applicable time limit for answering or responding has expired.

(5) The Defendant is not a minor, an incompetent person, or in the military service.

WHEREFORE, the Plaintiff requests that the Clerk of this Court enter the default of the Defendant Alfa Financial Corporation.

Dated: May 8, 2007

          s/Robert A. Huffaker
          Rushton, Stakely, Johnston & Garrett, P.A.
          Post Office Box 270
          Montgomery, Alabama  36101-0270
          Telephone:  (334) 206-3215
          Facsimile:  (334) 481-0814
          E-Mail: rah@rsjg.com
          Bar Number: ASB-7668-U79R

          Juan C. Basombrio (admitted pro hac vice)
          Dorsey & Whitney LLP
          38 Technology Drive
          Irvine, California  92618
          Telephone:  (949) 932-3600
          Facsimile:  (949) 932-3601
          E-Mail: Basombrio.Juan@dorsey.com
          Bar Number: California Bar No. 150703

          Attorneys for Plaintiff
          ALFA CORPORATION

## **CERTIFICATE OF SERVICE**

   I hereby certify that on May 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF and I hereby certify that I have mailed by United States Postal Service, the document to the following non-CM/ECF participant:

     Alfa Financial Corporation
     10627 Wickersham Lane
     Houston, Texas  77042

          s/Robert A. Huffaker
          Of Counsel

4848-5508-0449\1

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ALFA CORPORATION,<br>a Alabama corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALFA FINANCIAL<br>CORPORATION,<br>a Texas corporation,<br><br>Defendant. | CIVIL ACTION NO.<br>2:06-CV-1007-ID |

### AFFIDAVIT OF ROBERT A. HUFFAKER

STATE OF ALABAMA

MONTGOMERY COUNTY

Before me, the undersigned Notary Public in and for said sate and county, personally appeared Robert A. Huffaker, who is known to me and who being by me first duly sworn, deposes and states as follows:

1. My name is Robert A. Huffaker and I am the attorney for the Plaintiff in this action, Alfa Corporation. I give this affidavit in connection with the application of Alfa Corporation for the entry of default against the Defendant Alfa Financial Corporation.

2. The Complaint in this action was filed on November 8, 2006 [Doc. No. 1]. On January 19, 2007, the Summons and Complaint was served upon the

Defendant by personal service. A copy of the proof of service is attached hereto as Exhibit 1. The proof of service was duly filed with the Court on February 8, 2007 [Doc. No. 7]. Defendant's deadline to answer or respond to the Complaint was February 8, 2007.

    3.    Because of questions as to whether the person served on January 19, 2007, was an officer, managing or general agent, or agent authorized by appointment or by law to receive service of process in behalf of the Defendant, process was again served upon the Defendant by service upon the Secretary of State of Texas which is the domiciliary state of the Defendant. Under the Texas Business Corporation Act § 2.11(B), service upon a corporation can be perfected by serving the Secretary of State where the corporation has failed to appoint or maintain a registered agent in the state or whenever its registered agent cannot with reasonable diligence be found at the registered office. Efforts were made to serve the registered agent of the Defendant at the address listed by the Defendant with the Secretary of State but the registered agent had vacated the premises. The Secretary of State was served with the Summons and Complaint on April 2, 2007. The Secretary of State forwarded a copy of the Summons and Complaint to Alfa Financial Corporation on April 9, 2007 and received a return receipt on April 12, 2007 bearing the signature of the agent of Alfa Financial Corporation. A copy of the proof of service is attached hereto as Exhibit 2. The proof of service was duly

filed with the Court on April 9, 2007 [Doc. No. 10]. Defendant's deadline to answer or respond to the Complaint was May 2, 2007.

3. The Defendant Alfa Financial Corporation has failed to serve and file an Answer or any other response to the Complaint.

4. The time for responding to the Complaint has now expired and the time for Alfa Financial Corporation to respond to the Complaint has not been extended by any stipulation of the parties or any order of the Court.

5. The Defendant is not an infant or incompetent person within the meaning of Rule 55(a) of the Federal Rules of Civil Procedure because it is a corporation organized and existing under the laws of the State of Texas, with its principal place of business in Houston, Texas.

_____
Robert A. Huffaker

SWORN TO and SUBSCRIBED before me on this the 8th day of May, 2007.

_____
Notary Public
My Commission expires: 6-6-2009
(SEAL)

4817-0102-9377\1

AO 440 (Rev. 8/01) Summons in a Civil Action

**EXHIBIT 1**

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

ALFA CORPORATION, an Alabama Corporation

V.

ALFA FINANCIAL CORPORATION, a Texas Corporation

**ALIAS**
**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06-cv-1007-ID

**RETURNED AND FILED**

FEB - 8 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

TO: (Name and address of Defendant)

Alfa Financial Corporation
c/o Franktheia Williams
10627 Wickersham Lane
Houston, Texas 77042

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert A. Huffaker
Rushton, Stakely, Johnston & Garrett, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270

Juan C. Basombrio
Dorsey & Whitney, LLP
38 Technology Drive
Irvine, California 92618

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                    12/11/2006
CLERK                                                 DATE

*Ben Robinson*
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 1-19-07 |
| NAME OF SERVER (PRINT) Dick Rogers | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 10333 Harwin #612 Houston, Texas

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Rowland Etuk - Broker Alfa Financial & Investment Co.

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-19-07
            Date        Signature of Server

10242 Kent Towne Ln.
Sugar Land, TX. 77478
Address of Server

RETURNED AND FILED

FEB - 8 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

**EXHIBIT 2**

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

ALFA CORPORATION, an Alabama Corporation

V.

ALFA FINANCIAL CORPORATION,
a Texas Corporation

ALIAS
**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06-cv-1007-ID

TO: (Name and address of Defendant)

Alfa Financial Corporation
c/o Franktheia Williams
10333 Harwin Drive, Suite 612  (business)
Houston, Texas 77036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert A. Huffaker
Rushton, Stakely, Johnston & Garrett, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270

Juan C. Basombrio
Dorsey & Whitney, LLP
38 Technology Drive
Irvine, California 92618

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                    3/13/07
CLERK                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 4-2-07 |
| NAME OF SERVER (PRINT) Amy Keeney | TITLE | Professional Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Served Personally upon the Secretary of State (Helen Lupercio) (See Attach ROS)

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-9-07
Date

Signature of Server  *Amy Keeney*

Address of Server  510 S. Congress Ste 207 Austin TX 78704

*See Attach Return of Service*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

COUNTY: MIDDLE               CASE # 206CV1007ID              COURT
                                              Clt. Ref.#                    Clt.#   900

ALFA CORPORATION,
AN ALABAMA CORP.

VS
ALFA FINANCIAL CORP.,
A TEXAS CORP.

The documents came to hand for service on 03/16/07  Time: 09:00:00

Documents received for service:

**ALIAS SUMMONS IN A CIVIL ACTION; COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES; EXHIBIT(S)**

The documents were delivered on **04/02/07**  Time: **14:47:00**

Executed at: 1019 Brazos
              Austin, TX 78701
to the following: **Alfa Financial Corporation**
                  **By Delivering To Its Registered Agent Franktheia Williams**
                  **By Delivering To Secretary Of State Helen Lupercio**

✓____ PERSONALLY delivering the document(s) to the person above.
____ SUBSTITUTE SERVICE per Order by delivering to _____a person over sixteen (16) years of age, at the above listed address which is the usual place of abode/business of the above named person.
____ POSTING per Order by securely affixing to the main entry way at the above address.

## AFFIDAVIT

I, Amy Keeney_____, am over the age of eighteen, and am neither a party to nor interested in the outcome of the above suit. I HAVE PERSONAL KNOWLEDGE OF THE FACTS SET FORTH ABOVE. I have never been convicted of a felony or misdemeanor involving moral turpitude in any state OR federal jurisdiction, and I have studied and am familiar with TEXAS RULES OF CIVIL PROCEDURE, VERNON'S TEXAS STATUTES, CIVIL PRACTICE AND REMEDIES CODE and all other applicable rules and statutes relating to service of citation and/or notices I am authorized by written order of the court to serve citations and other notices.

Service Fee: 60.00

Witness Fee Tendered: .00

Mileage: .00

Amy Keeney
Texas LIC#: SC-722
Professional Civil Process Austin
510 South Congress Ste 207
Austin TX 78704

STATE OF TEXAS}
                    VERIFICATION

On this day Amy Keeney appeared before me, a notary public, and being duly sworn by me stated that he/she has personal knowledge of the facts set forth in the foregoing affidavit and declared that the facts contained therein are true and correct. Given my hand and seal of office this 2 day of April 200 7.

NOTARY PUBLIC FOR THE STATE OF TEXAS


AX02H03070729


RICK KEENEY
MY COMMISSION EXPIRES
August 22, 2008



# The State of Texas
## Secretary of State

2007-134082-1

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons and Complaint in the cause styled:

> Alfa Corporation Vs Alfa Financial Corporation
> United States District Court Middle District Of Alabama
> Cause No: 206CV1007ID

was received by this office on April 2, 2007, and that a copy was forwarded on April 9, 2007, by CERTIFIED MAIL, return receipt requested to:

> Alfa Financial Corporation
> 10333 Harwin Dr Ste 612
> Houston, TX 77036

The RETURN RECEIPT was received in this office dated April 12, 2007, bearing the Signature Of Addressee's Agent.



Date issued: April 25, 2007

Roger Williams
Secretary of State

ST\lsv