IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ALFA CORPORATION,<br>an Alabama corporation, | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | Civil Action No. 2:06-cv-1007-ID |
| ALFA FINANCIAL CORPORATION,<br>a Texas corporation, | )<br>)<br>) | |
| Defendant. | )<br>)<br>) | |

ENTRY OF DEFAULT

It appearing that defendant Alfa Financial Corporation, was duly served a copy of the summons and complaint in this action on January 19, 2007, and reserved on April 2, 2007, said defendant has failed to answer or otherwise defend this action, as required by law, as set out in the motion filed herein on May 8, 2007, by plaintiff's attorney.

DEFAULT is hereby entered against said defendant, Alfa Financial Corporation.

DONE THIS of  24th  day of  May , 2007.


    /s/ Debra P. Hackett
DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA