UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ALFA CORPORATION,** a Alabama corporation,<br><br>             Plaintiff,<br><br>             vs.<br><br>**ALFA FINANCIAL CORPORATION,** a Texas corporation,<br><br>             Defendant. | **CIVIL ACTION NO.<br>2:06-CV-1007-ID** |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**

COMES NOW Plaintiff Alfa Corporation ("Plaintiff"), and pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, moves for the entry of a default judgment against Defendant Alfa Financial Corporation ("Defendant"). In support thereof, the Plaintiff says, as follows:

1. On November 8, 2006, the Plaintiff commenced this action by filing a Complaint against the Defendant.

2. Defendant failed to respond to the Complaint and on May 8, 2007, the Clerk of this Court entered the Defendant's default.

3. By virtue of the Defendant's default, the Plaintiff is entitled to, and the Plaintiff hereby moves for, a default judgment against the Defendant on each and every count asserted in the Complaint.

4. Plaintiff seeks entry of a permanent injunction enjoining the Defendant (and all persons and entities in active concert or participation with it) from:

(i) using the name or designation "Alfa" in connection with any financial or related services in the United States;

(ii) prosecuting any applications to register trademarks containing an "Alfa" name or designation in connection with any financial or related services in the U.S. Patent and Trademark Office or any other U.S. trademark authority;

(iii) using any false designation of origin or false description or representation or other thing calculated or likely to cause confusion or mistake in the mind of the trade or public or to deceive the trade or public into believing that Defendant's business and services are in any way associated or affiliated with or related to Plaintiff or Plaintiff's services; and

(iv) filing any public record using the name "Alfa Financial," and ordering that any such filings or registrations be withdrawn or rescinded.

5. Defendant should be ordered to deliver to the Plaintiff for destruction or other disposition, within thirty days of the entry of final judgment, all labels, signs, prints, packaging, wrappers, documents and advertising or promotional materials in its possession or within its custody or control that bear any designation in violation of Plaintiff's rights as decreed herein, together with all plates, molds, matrices and other means of making the same.

6. Defendant should be ordered to file with the Court and serve on counsel for Plaintiff, within thirty days after entry of any injunction issued by this Court, a sworn written statement of compliance as provided in 15 U.S.C. § 1116.

      7.      Defendant also should be ordered to pay, forthwith, to the Plaintiff the amount of $27,214.38 to reimburse the Plaintiff for its reasonable attorneys fees and costs incurred herein pursuant to 15 U.S.C. § 1117.

      8.      Plaintiff seeks such other and further relief as the Court deems to be just and proper.

This motion is based on this motion, the memorandum of law, declaration of Juan C. Basombrio, and the proposed judgment served herewith, and on all pleadings and records in this action.

Dated: January 10, 2008

                            Respectfully submitted,

                            s/Robert A. Huffaker
                            Robert A. Huffaker
                            Rushton, Stakely, Johnston & Garrett, P.A.
                            Post Office Box 270
                            Montgomery, Alabama  36101-0270
                            Telephone:  (334) 206-3215
                            Facsimile:  (334) 481-0814
                            E-Mail: rah@rsjg.com
                            Alabama Bar Number: ASB-7668-U79R

                            Juan C. Basombrio
                            Dorsey & Whitney LLP
                            38 Technology Drive
                            Irvine, California  92618
                            Telephone:  (949) 932-3600
                            Facsimile:  (949) 932-3601
                            E-Mail: Basombrio.Juan@dorsey.com
                            Bar Number: Admitted pro hac vice

                            Attorneys for Plaintiff
                            ALFA CORPORATION

## CERTIFICATE OF SERVICE

      I hereby certify that on January 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF and I hereby certify that I have mailed by United States Postal Service, the document to the following non-CM/ECF participant:

      Alfa Financial Corporation
      10627 Wickersham Lane
      Houston, Texas  77042

                                        s/Robert A. Huffaker
                                        Of Counsel