## UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ALFA CORPORATION,**<br>a Alabama corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**ALFA FINANCIAL CORPORATION,**<br>a Texas corporation,<br><br>Defendant. | **CIVIL ACTION NO.**<br>**2:06-CV-1007-ID** |

## MEMORANDUM OF LAW IN SUPPORT OF

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT

I.    **INTRODUCTION**

Plaintiff Alfa Corporation is a financial services conglomerate, providing a variety of insurance and financial services. Plaintiff does business under the "Alfa" name, including but not limited to "Alfa Insurance" and "Alfa Financial." Plaintiff is the owner of various federally registered trademarks under the "Alfa" name. Plaintiff is based in Montgomery, Alabama and conducts business in several states.

Defendant Alfa Financial Corporation is a corporation organized and existing under the laws of the State of Texas. Defendant is in the financial services business. Defendant is located in Houston, Texas. Defendant is a corporation currently in existence in Texas.

Prior to the filing of this lawsuit, Plaintiff's counsel sent three separate cease and desist letter to the registered principal for the Defendant, demanding that the Defendant stop doing business under the name "Alfa Financial."  However, the Defendant ignored all three cease and desist letters.

Accordingly, the Plaintiff filed this action on November 8, 2006 for trademark infringement and unfair competition.  Plaintiff duly served the Complaint on the Defendant. Nonetheless, the Defendant failed to answer the Complaint.  On  May 8, 2007, the Clerk of this Court entered the Defendant's default on the Complaint.  Defendant has failed to appear in this action even after its default was entered.  Accordingly, the Plaintiff now moves for entry of a default judgment, awarding a permanent injunction and its attorneys fees.

II.    **FACTUAL AND PROCEDURAL BACKGROUND**

This is a civil action arising out of the Defendant's infringement, in violation of Section 32(1) of the U.S. Trademark Act of 1946 ("Lanham Act"), 15 U.S.C. § 1114 (1), of federally registered trademarks owned and used by Alfa Corp., unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), common law trademark infringement, common law unfair competition, and statutory trademark dilution.  *See* Complaint ¶ 1.

Plaintiff, Alfa Corporation, is organized and existing under the laws of the State of Delaware, with its principal place of business in Montgomery, Alabama.  *See* Complaint ¶ 4.

Defendant, Alfa Financial Corporation, is a corporation organized and existing under the laws of the State of Texas, with its principal place of business located in Houston, Texas, and doing business in Texas.  *See* Complaint ¶¶ 5-6.

Plaintiff is a financial services company that traces its roots to the mid-1940's in Alabama, when the leadership of the Alabama Farm Bureau Federation decided that it would

make insurance available to farmers at affordable premiums.  *See* Complaint ¶ 7.  Today, the Plaintiff is a financial services conglomerate, operating through a number of wholly owned subsidiaries, divisions, and related companies.  *Id.* at ¶ 8.  Plaintiff is a publicly traded company, listed on the NASDAQ stock exchange under the symbol "ALFA."  *Id.* at ¶ 9.

Plaintiff's lines of business include, among other things, insurance and reinsurance services, conducted through Alfa Insurance Corp., Alfa Life Insurance Corp., Alfa General Insurance Corp., Alfa Mutual General Insurance Company, Alfa Mutual Insurance Company, Alfa Mutual Fire Insurance Company, Alfa Specialty Insurance Corp., and other related companies.  *See* Complaint ¶ 10.

Plaintiff and its related companies hold state insurance and/or reinsurance licenses in the States of Virginia, Alabama, Florida, Georgia, Michigan, New York, Pennsylvania, South Carolina, Ohio, Connecticut, Wisconsin, Indiana, Massachusetts, North Carolina, Louisiana, Mississippi, Arkansas, Missouri, Tennessee, **Texas (where the Defendant does business)**, Washington, New Mexico, Wyoming and Oklahoma, among others.  *See* Complaint ¶ 11.

Plaintiff also is engaged in providing a variety of other financial services and products, including but not limited to offering equity lines of credit on residential real estate and other mortgage services (**through its wholly-owned subsidiary Alfa Financial Corporation – the same corporate name as that which is used now by the Defendant**); and realty and building services (through Alfa Realty, Inc., Alfa Properties, Inc., and Alfa Builders, Inc.), among other things.  *See* Complaint ¶ 13.  Plaintiff also is a thrift holding company qualified with the United States Office of Thrift Supervision and is a significant shareholder in a financial services company that has a wholly-owned bank.  Plaintiff and certain of its subsidiaries also hold state banking licenses.  *Id.* at ¶ 12.

3

Plaintiff has steadily expanded, and continues to expand, the scope of its operations into diversified insurance, banking, mortgage, securities, and a host of other financial services.  These and other types of insurance and financial services are within the natural zones of expansion for the lines of business in which the Plaintiff has operated for many years.  *See* Complaint ¶ 14.

Plaintiff and its subsidiaries, divisions and related companies have for many years done business under the name "Alfa," including but not limited to Alfa Corporation,  Alfa Financial Corp., Alfa Insurance Corp., Alfa Life Insurance Corp., Alfa Mutual General Insurance Company, Alfa Mutual Insurance Company, Alfa Virginia Mutual Insurance Company, Alfa Mutual Fire Insurance Company, Alfa General Insurance Corp., Alfa Specialty Insurance Corp., Alfa Vision Insurance, Alfa Realty, Inc., Alfa Benefits Corp., Alfa Properties, Inc., Alfa Ventures II, L.L.C., Alfa Builders, Inc. and Alfa Investors, among others.  By virtue of the foregoing uses, the Plaintiff has acquired common law trademark rights throughout the United States, including but not limited to in the State of Alabama.  *See* Complaint ¶ 15.

Plaintiff also is the holder of a number of valid federally registered trademarks incorporating the word "Alfa," including but not limited to:  Alfa Insurance (Registration No. 2671861) and Alfa Insurance & design (No. 2088673), which are registered in various insurance and financial services classes.  Plaintiff also is the holder of various "Alfa" trademark registrations, including in the insurance classes, in the State of Alabama.  Plaintiff's use of its various "Alfa" trademarks began before the Defendant could claim to have commenced use of the Alfa name at issue in this action.  *See* Complaint ¶ 16.

Plaintiff has a number of pending trademark applications with the Patent & Trademark Office**, including Alfa Financial** and Alfa Companies, which seek registration in various classes, including mortgage, financial and lending services.  *See* Complaint ¶ 17.

4

Over the years, Plaintiff and its related companies have invested millions of dollars in the advertisement and promotion of goods and services sold under the "Alfa" trademarks, helping to generate billions of dollars in sales under those marks. As a result, the "Alfa" trademark has become a distinctive identifier of goods and services provided by the Plaintiff, and a symbol of consumer goodwill whose value to the Plaintiff is incalculable. *See* Complaint ¶ 18.

Defendant also provides financial services. *See* Complaint ¶ 19. Defendant's business is, thus, within the natural zone of expansion of the Plaintiff's business. *Id.* at ¶ 20. Defendant's use of the name "Alfa" in connection with financial services is likely to cause confusion, mistake or deception of the trade and public and to cause them to believe that the Defendant's services are the same as the Plaintiff's services or are authorized, sponsored or approved by the Plaintiff or are otherwise affiliated or connected with the Plaintiff or its services, and to dilute the distinctive quality of Alfa Corp.'s various "Alfa" trademarks. *Id.* at ¶ 21.

On March 8, 2005, May 11, 2005 and August 21, 2006, the Plaintiff's counsel sent cease and desist letters to the Defendant, which have been ignored by the Defendant. Copies of these letters are attached as Exhibits 1-3 to the Declaration of Juan C. Basombrio, and as Exhibits 1-3 to the Complaint. The letters were sent to the Defendant's principal: Franktheia Williams. *See* Complaint at ¶ 22. Specifically, in the March and May, 2005 letters, the Plaintiff brought its prior use of the "Alfa" marks to the attention of the Defendant and demanded that Defendant cease using that mark and the name "Alfa Financial." Plaintiff also demanded a response from the Defendant. There was no response to either letter. Then, in connection with another trademark infringement lawsuit filed by the Plaintiff against another defendant in New York, the deposition of this Defendant was noticed in Houston, Texas. As discussed in the third cease and desist letter, dated August, 2006, the Defendant failed to appear for her deposition in that case as

well.  Defendant also ignored that third cease and desist letter sent by the Plaintiff.  *Id.*  As a result, the Plaintiff filed this action on November 8, 2006.  Basombrio Declaration at ¶ 3.

Defendant's activities have caused, and will continue to cause, irreparable harm to the Plaintiff and to the substantial goodwill embodied in the Plaintiff's "Alfa" trademarks.  Such acts will continue unless the Defendant is restrained by this Court.  *See* Complaint ¶ 23.  Indeed, the Defendant continues to be registered in Texas under the name "Alfa Financial Corporation."  Attached as Exhibit 4 to the Basombrio Declaration is a Certificate, issued November 13, 2007, from the Texas Secretary of State's Office showing that the Defendant continues to be registered and in existence under the name "Alfa Financial Corporation," despite the cease and desist letters and filing of this action.  Plaintiff has no adequate remedy at law.  *See* Complaint ¶ 24.

On  May 8, 2007, pursuant to the Plaintiff's application, the Clerk of this Court entered the Defendant's default on the Complaint.  Basombrio Declaration at Exhibit 5.  Defendant has failed to appear even after its default was entered.

## III.  <u>ARGUMENT</u>

### A.  <u>JUDGMENT OF DEFAULT IS APPROPRIATE PURSUANT TO FRCP 55(b)</u>

The allegations set forth above in Part II of this Memorandum have been deemed admitted by the Defendant in this action.  Upon an entry of default, the well-pleaded allegations in the complaint are "taken as true the same as if they had been proven by evidence, and a defendant cannot later seek to contradict those allegations."  *U.S. Bancorp Equip. Fin., Inc. v. AKFO, Inc.*, No. 2:06cv197-ID (WO), 2006 U.S. Dist. LEXIS 83782, at *9 (M.D. Ala. Nov. 16,

2006).  Entry of default judgment is appropriate where the allegations in the complaint establish

a "sufficient basis" to support the default judgment.  *Id.*[1]

To establish trademark infringement and unfair competition, a plaintiff must establish

"that its mark was used in commerce by the defendant without the registrant's consent and that

the unauthorized use was likely to deceive, cause confusion, or result in mistake."  *McDonald's*

*Corp. v. Robertson*, 147 F.3d 1301, 1308 (11th Cir. 1998); *see also Perry Ellis Int'l, Inc. v. Perry*

*Ellis Int'l Europe, Ltd.*, No. 06-22020-CIV-MOORE/GARBER, 2007 U.S. Dist. LEXIS 77676,

at **15-16 (S.D. Fla. Oct. 18, 2007).

Here, the Complaint sets forth "detailed and specific" allegations supporting a finding of

default judgment as to each count in the Complaint.  *See Virgin Records Am., Inc. v. Lacey*, No.

06-0639-WS-M, 2007 U.S. Dist. LEXIS 5214, at *7 (S.D. Ala. Jan. 23, 2007).

As set forth in the Complaint and discussed above, the Plaintiff is a "financial services

conglomerate" operating in many states, including Texas, through a number of wholly owned

subsidiaries, divisions, and related companies.  *See* Complaint ¶¶ 4-11.  Plaintiff and its

subsidiaries, divisions and related companies have for many years done business under various

versions of the name "Alfa."  *Id.* at ¶ 15.   Plaintiff also has common law and federally registered

trademark rights incorporating the word "Alfa" throughout the United States, dating from before

the Defendant could claim to have commenced use of the Alfa name.  *Id.* ¶¶ 15-16.  Specifically,

the Plaintiff has done business in the financial services area under the following name:  "Alfa

Financial Corp."  *Id.* at ¶ 15.

---

[1]  Although allegations pertaining to the measure of damages must be proven, Alfa Corp. is not
requesting damages here, and the attorney's fees requested are supported by the attached
Basombrio Declaration.

Defendant also operates under the name "Alfa Financial Corporation." Defendant is a corporation organized and existing under that name under the laws of the State of Texas, with its principal place of business in Houston, Texas. *See* Complaint at ¶ 5. Defendant's business, providing financial services, is within the natural zone of expansion of the Plaintiff's business. *Id.* at ¶ 20. Accordingly, as alleged in the Complaint, the "Defendant's use of the name 'Alfa' in connection with financial services is likely to cause confusion, mistake or deception of the trade and public and to cause them to believe that Defendant's services are the same as Alfa Corp.'s services or are authorized, sponsored or approved by Alfa Corp. or are otherwise affiliated or connected with Alfa Corp. or its services, and to dilute the distinctive quality of Alfa Corp.'s various 'Alfa' trademarks." *Id.* at ¶ 21.

As noted above, the legal effect of Defendant's default is that Defendant "has now admitted the facts recited in the Complaint." *Virgin Records Am.,* 2007 U.S. Dist. LEXIS 5214 at *8. Because these facts establish the necessary predicates for a finding of trademark infringement and unfair competition on all counts of the Complaint, a finding of default judgment on all of the counts of the Complaint is appropriate. Moreover, the Defendant's "course of conduct amounts to a deliberate and intentional failure to respond, which is just the sort of dilatory litigation tactic for which the default judgment mechanism was created." *Id*.

## B. PLAINTIFF IS ENTITLED TO A PERMANENT INJUNCTION

Entry of a permanent injunction to address cases of trademark infringement is authorized pursuant to 15 U.S.C. § 1116(a). To show entitlement to a permanent injunction, a plaintiff must show "1) that it has prevailed in establishing the right asserted in the Complaint; 2) that there is no adequate remedy at law for the violation of the right; and 3) irreparable harm will result of the court does not enter the injunction." *Perry Ellis Int'l*, 2007 U.S. Dist. LEXIS 77676, at *15-16.

These elements are met here.  Through the Defendant's default, the Plaintiff has established that it has prevailed on the merits of the Complaint.  Where trademark infringement has been established, it is commonly recognized "that there is no adequate remedy at law to redress infringement and infringement by its nature causes irreparable harm."  *Perry Ellis Int'l, Inc.*, 2007 U.S. Dist. LEXIS 77676, at ** 18-19.

But even without such a presumption, the Plaintiff is entitled to an injunction because, absent an injunction, the Defendant will continue using the Alfa mark.  *See GMC v. Phat Cat Carts, Inc.*, No. 8:06-cv-900-SCB-MSS, 2006 U.S. Dist. LEXIS 96708, at *21 (M.D. Fla. Sept. 28, 2006) ("Without a preliminary injunction Plaintiff would lose control of its trademarks because Defendant would freely continue to use Plaintiff's registered marks. This would result in a loss of money and goodwill for Plaintiff that could not easily be calculated or redressed.")

Indeed, the Defendant continues to be registered to do business in Texas under the name "Alfa Financial Corporation," which is the exact name used by the Plaintiff in connection with its financial services.  Attached as Exhibit 4 to the Basombrio Declaration is a copy of a recent Certificate, issued November 13, 2007, from the Texas Secretary of State's Office showing that the Defendant continues to be registered and in existence under the name "Alfa Financial Corporation," despite three cease and desist letters from the Plaintiff, the filing of this action, and the entry of default against it.  Attached as Exhibit 6 to the Basombrio Declaration is a copy of the proof of service on Defendant, dated January 19, 2007, which shows that the Defendant has continued to use the name Alfa Financial even after this suit was filed.  Defendant's complete disregard for legal process also has been shown by the fact that the Defendant ignored a federal deposition subpoena in the New York action discussed above.  *See* Basombrio Declaration at ¶ 3.  Moreover, as a result of the Plaintiff's use and marketing of the Alfa mark, that mark has become

a distinctive identifier of goods and services provided by the Plaintiff, and a symbol of consumer goodwill, whose value to the Plaintiff is incalculable. *See* Complaint at ¶ 18. Thus, the Plaintiff has no adequate remedy at law. *Id.* at ¶ 24. Plaintiff requires a permanent injunction to stop the Defendant's use of the Alfa mark. The Defendant should be enjoined from:

(i)    using the name or designation "Alfa" in connection with any financial or related services in the United States;

(ii)    prosecuting any applications to register trademarks containing an "Alfa" name or designation in connection with any financial or related services in the U.S. Patent and Trademark Office or any other U.S. trademark authority;

(iii)    using any false designation of origin or false description or representation or other thing calculated or likely to cause confusion or mistake in the mind of the trade or public or to deceive the trade or public into believing that Defendant's business and services are in any way associated or affiliated with or related to Plaintiff or Plaintiff's services; and

(iv)    filing any public record using the name "Alfa Financial," and ordering that any such filings or registrations be withdrawn or rescinded.

A permanent injunction requesting such relief was specifically requested in the Complaint herein. *See* Complaint at pages 9-10.

Defendant also should be ordered to deliver to the Plaintiff for destruction or other disposition, within thirty days of the entry of final judgment, all labels, signs, prints, packaging, wrappers, documents and advertising or promotional materials in its possession or within its custody or control that bear any designation in violation of Plaintiff's rights as decreed herein, together with all plates, molds, matrices and other means of making the same. Defendant also should be ordered to file with the Court and serve on counsel for Plaintiff, within thirty days after

entry of any injunction issued by this Court, a sworn written statement of compliance as provided in 15 U.S.C. § 1116. Such relief also was specifically requested in the Complaint at page 10.

## C. **PLAINTIFF IS ENTITLED TO ITS ATTORNEY'S FEES & COSTS**

Under 15 U.S.C. § 1117, an award of attorney's fees are appropriate "where the conduct complained of can be characterized as willful and deliberate." *See Perry Ellis Int'l*, 2007 U.S. Dist. LEXIS 77676, at * 25. "[T]he sort of misconduct that supports and attorney fees award includes not only willful infringement, but also willful defiance and protraction of judicial processes attempting to stop the illegalities." *Sara Lee Corp. v. Bags of New York, Inc.*, 36 F. Supp.2d 161, 170 (S.D.N.Y. 1999).

Infringement is considered willful where the infringer has acted with "actual knowledge or reckless disregard for whether its conduct infringed upon the plaintiff's copyright." *Arista Records, Inc. v. Beker Enters.*, 298 F.Supp.2d 1310, 1312 (S.D.Fla. 2003). Given that the Defendant (as alleged in the Complaint, admitted by virtue of the Defendant's default and as further set forth in the Basombrio Declaration) received three demand letters from the Plaintiff regarding the subject trademark infringement, as well as service of the present Complaint, yet continued to infringe the Plaintiff's trademarks, the Defendant's infringement clearly was knowing and willful. Moreover, the Defendant has willfully protracted this litigation by ignoring the demand letters and other legal process including service of this Complaint. *See PetMed Express, Inc. v. MedPets.com, Inc.*, 336 F. Supp.2d 1213, 1222 (S.D.Fla. 2004) ("Further support for the awarding of attorney's fees is provided both by Defendant's continued infringement even after receiving notice from Plaintiff and Defendant's failure to respond to the Complaint.")

Because the Defendant's conduct both with respect to its infringement and its defiance of this litigation is willful, the Plaintiff is entitled to an award of its attorney's fees. "[A]n award of

attorney's fees and costs will serve the important functions of deterring future infringements, penalizing Defendant[] for [its] unlawful conduct, and compensating Plaintiff for their fees and costs." *PetMedExpress*, 336 F. Supp. 2d at 1222.

Plaintiff seeks attorneys fees and costs against the Defendant in the amount of $27,214.38, as set forth in the Basombrio Declaration at ¶ 7 and Exhibit 7 (attaching copies of the attorney-client invoices). The attorneys fees and costs were reasonable.

In this regard, it should be noted that the Plaintiff attempted to avoid the expense of this litigation by sending three cease and desist letters to the Defendant. Plaintiff's first letter specifically stated that if the Defendant stopped its infringing use of the name "Alfa", the Plaintiff would even provide the Defendant "with a reasonable amount of time to transition to a new name." *See* Basombrio Declaration at Exhibit 1. Plaintiff's second letter specifically warned the Defendant that "You have not responded to our [first] letter. Please confirm that your company will comply with Alfa's demand, in order to avoid potential litigation." *Id.* at Exhibit 2. The third letter stated that it was the Plaintiff's "final" demand, and that the Plaintiff would "file a lawsuit." *Id.* at Exhibit 3. Defendant ignored all three letters. Plaintiff did all possible to avoid this litigation, but to no avail. Defendant should reimburse Plaintiff's attorneys fees and costs incurred herein.

## IV.   <u>CONCLUSION</u>

Based on the foregoing, Alfa Corp. respectfully requests that this court enter a default judgment in favor of Alfa Corp. on all the counts of the Complaint and award the requested relief in the form of the attached proposed Judgment.

Dated:  January 10, 2008.

Respectfully submitted,


s/Robert A. Huffaker
Robert A. Huffaker
Rushton, Stakely, Johnston & Garrett, P.A.
Post Office Box 270
Montgomery, Alabama  36101-0270
Telephone:  (334) 206-3215
Facsimile:  (334) 481-0814
E-Mail: rah@rsjg.com
Alabama Bar Number: ASB-7668-U79R

Juan C. Basombrio
Dorsey & Whitney LLP
38 Technology Drive
Irvine, California  92618
Telephone:  (949) 932-3600
Facsimile:  (949) 932-3601
E-Mail: Basombrio.Juan@dorsey.com
Bar Number: Admitted pro hac vice

Attorneys for Plaintiff
ALFA CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF and I hereby certify that I have mailed by United States Postal Service, the document to the following non-CM/ECF participant:

Alfa Financial Corporation
10627 Wickersham Lane
Houston, Texas  77042


s/Robert A. Huffaker
Of Counsel

## UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ALFA CORPORATION,**<br>a Alabama corporation,<br><br>       Plaintiff,<br><br>       vs.<br><br>**ALFA FINANCIAL CORPORATION,**<br>a Texas corporation,<br><br>       Defendant. | **CIVIL ACTION NO.**<br>**2:06-CV-1007-ID** |

## DECLARATION OF JUAN C. BASOMBRIO

I, Juan C. Basombrio, declare that if called as a witness in this action, I could and would competently testify to the following matters based on my personal knowledge:

1.      I am an attorney at law, and a partner with Dorsey & Whitney LLP.  I am counsel for Plaintiff Alfa Corporation in this action, and have been admitted *pro hac vice* before this District Court in the above-captioned action.  I am trademark counsel for Alfa Corporation, am familiar with it, and have represented it in various trademark infringement actions.

2.      Prior to serving the Complaint in this action, on behalf Plaintiff Alfa Corporation, I sent three cease and desist letters to Defendant Alfa Financial Corporation, on March 8, 2005, May 11, 2005 and August 21, 2006, all of which were ignored by the Defendant.  I never received any response to any of my letters.  True and correct copies of these letters are attached hereto as Exhibits 1, 2 and 3.  Copies of said letters also were attached as Exhibits 1, 2 and 3 to the Complaint herein.

3.      As discussed in Exhibit 3, in a separate action for trademark infringement commenced by the Plaintiff against another party (which action is pending before the United States District Court for the Southern District of New York, *Alfa Corp. v. OAO Alfa Bank, et al.*, (S.D.N.Y. 04-CV-8968)), the Defendant herein (Alfa Financial Corporation) was served with a third-party deposition subpoena. The Defendant indicated that it would appear on a date certain for its deposition in Houston, Texas, and then failed to appear for deposition.

4.      A permanent injunction is necessary in the case at bar. Defendant Alfa Financial Corporation continues to be incorporated and registered to do business in the State of Texas under the name "Alfa Financial." Attached hereto as Exhibit 4 is a true and correct copy of a recent Certificate, issued on November 13, 2007, which my offices obtained from the State of Texas Secretary of State's Office showing that the Defendant continues to be registered and in existence in Texas under the name "Alfa Financial Corporation."

5.      On May 8, 2007, pursuant to the Plaintiff's application, the Clerk of this Court entered the Defendant's default on the Complaint. A true and correct copy of the default is attached hereto as Exhibit 5. A true and correct copy of the return of service, dated January 19, 2007, in this action is attached hereto as Exhibit 6.

7.      In prosecuting this action, the Plaintiff has incurred reasonable attorney's fees and costs in the total amount of $27,214.38. Attached hereto as Exhibit 7 are true and correct copies of the attorney invoices billed by my law firm to the Plaintiff in this matter.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct. Executed this 2nd day of January, 2008, in Irvine, California.

JUAN C. BASOMBRIO

2

4827-0396-9026\1



**DORSEY**
DORSEY & WHITNEY LLP

JUAN C. BASOMBRIO
(949) 932-3650
FAX (949) 932-3601
basombrio.juan@dorsey.com

March 8, 2005

<u>**By United States Mail**</u>

Franktheia Williams
Director
Alfa Financial Corporation
10627 Wickersham Ln.
Houston, Texas 77042

Dear Ms. Williams:

We represent Alfa Corporation ("Alfa Corp.") and its related companies. Alfa Corp. is a financial services conglomerate.

Alfa Corp. is the federal registrant of the "ALFA CORPORATION" trademark, and of various other trademarks including the "Alfa" designation in the financial services classes, with the United States Patent & Trademark Office.

Your company's use of the "Alfa" designation is likely to cause consumer confusion with our client's trademarks, and our client's common law rights. Your company's use of the "Alfa" designation also is diluting our client's trademarks.

Alfa Corp. therefore demands that your company cease and desist any use of the name "Alfa," including any use of that designation in its name, corporate filings, business dealings, and marketing, sales, and promotional materials.

Please confirm in writing that your company will comply with this letter. If you so comply, we will consider providing your company with a reasonable amount of time to transition to a new name. We look forward to your response within seven (7) days.

If you wish to discuss these matters, please call me.

Very truly yours,

Juan C. Basombrio



**DORSEY**
DORSEY & WHITNEY LLP

JUAN C. BASOMBRIO
(949) 932-3650
FAX (949) 932-3601
basombrio.juan@dorsey.com

May 11, 2005

EXHIBIT
2

**By United States Mail**

Franktheia Williams
Alfa Financial Corporation
10627 Wickersham Ln.
Houston, TX 77042

Dear Ms. Williams:

We represent Alfa Corporation ("Alfa Corp.") and its related companies. Alfa Corp. is a financial services conglomerate providing various kinds of insurance services.

Alfa Corp. is the registrant of the "ALFA CORPORATION" federal trademark, and of various other trademarks including the "Alfa" designation in the financial services classes, with the United States Patent & Trademark Office.

On March 8, 2005, we wrote to you indicating that your company's use of the "Alfa" designation is likely to cause consumer confusion with our client's trademarks, and our client's common law rights. Your company's use of the "Alfa" designation also is diluting our client's trademarks. Alfa Corp. demanded that your company cease and desist any use of the name "Alfa," including any use of that designation in its name, corporate filings, business dealings, and marketing, sales, and promotional materials.

You have not responded to our March 8, 2005 letter. Please confirm that your company will comply with Alfa's demand, in order to avoid potential litigation.

Very truly yours,

Juan C. Basombrio



JUAN C. BASOMBRIO
(949) 932-3650
FAX (949) 932-3601
basombrio.juan@dorsey.com

August 21, 2006

**By United States Mail**

Franktheia Williams
Alfa Financial Corporation
10627 Wickersham Ln.
Houston, TX 77042

Dear Ms. Williams:

I represent Alfa Corporation and its related companies.  Alfa Corp. is a financial services conglomerate providing various kinds of insurance services.

Alfa Corp. is the registrant of the "ALFA CORPORATION" federal trademark, and of various other trademarks and applications including the "Alfa" and "Alfa Financial" designations in the financial services classes, with the United States Patent & Trademark Office.

On March 8, 2005, I wrote to you indicating that your use of the "Alfa" designation is likely to cause consumer confusion with my client's trademarks, and my client's common law rights.  Your use of the "Alfa" designation also is diluting my client's trademarks.  Alfa Corp. demanded that you cease and desist any use of the name "Alfa," including any use in your name, corporate filings, business dealings, marketing, sales and promotional materials.

You ignored my March 8, 2005 letter.  Thus, on May 11, 2005, I again wrote to you making the same demands, and you ignored that letter as well.

Then, on June 26, 2006, your deposition was noticed, pursuant to a federal subpoena issued in the case of Alfa Corp. v. OAO Alfa Bank, to take place in Houston, Texas.  You then failed to appear for your deposition.

This constitutes Alfa Corp.'s final demand that you cease and desist from using the name Alfa Financial or any other name with the word "Alfa."  If you fail to contact me and consent to the foregoing in writing within ten days of the date of letter, Alfa Corp. will file a lawsuit against you for trademark infringement and under other appropriate grounds, and will seek injunctive relief, damages and attorneys fees against you for willful infringement.

Very truly yours,

Juan C. Basombrio

Corporations Section
P.O. Box 13697
Austin, Texas 78711-3697



Phil Wilson
Secretary of State

## Office of the Secretary of State



EXHIBIT
4

### Certificate of Fact

The undersigned, as Secretary of State of Texas, does hereby certify that the document, Articles of Incorporation for ALFA FINANCIAL CORPORATION (file number 800209897), a Domestic For-Profit Corporation, was filed in this office on June 02, 2003.

It is further certified that the entity status in Texas is in existence.

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on November 13, 2007.



*Phil Wilson*

Phil Wilson
Secretary of State

EXHIBIT 4

*Come visit us on the internet at http://www.sos.state.tx.us/*

Phone: (512) 463-5555
Prepared by: SOS-WEB

Fax: (512) 463-5709
TID: 10264

Dial: 7-1-1 for Relay Services
Document: 192875220005



IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

ALFA CORPORATION,                       )
an Alabama corporation,                 )
                                        )
        Plaintiff,                      )
                                        )
v.                                      )    Civil Action No. 2:06-cv-1007-ID
                                        )
ALFA FINANCIAL CORPORATION,             )
a Texas corporation,                    )
                                        )
                                        )
        Defendant.                      )
                                        )

## ENTRY OF DEFAULT

It appearing that defendant Alfa Financial Corporation, was duly served a copy of the

summons and complaint in this action on January 19, 2007, and reserved on April 2, 2007, said

defendant has failed to answer or otherwise defend this action, as required by law, as set out in the

motion filed herein on May 8, 2007, by plaintiff's attorney.

DEFAULT is hereby entered against said defendant, Alfa Financial Corporation.

DONE THIS of   24th   day of  May , 2007.


        /s/ Debra P. Hackett
        DEBRA P. HACKETT
        CLERK, UNITED STATES DISTRICT COURT
        MIDDLE DISTRICT OF ALABAMA

Case 2:06-cv-01007-ID-WC    Document 14-2    Filed 01/10/2008    Page 8 of 39
Case 2:06-cv-01007-ID-WC    Document 11    Filed 05/08/2007    Page 4 of 9
Case 2:06-cv-01007-ID-WC    Document 7    Filed 02/08/2007    Page 2 of 2

AO 440  (Rev. 8/01)  Summons in a Civil Action

**EXHIBIT**

6

# UNITED STATES DISTRICT COURT

MIDDLE                    District of                    ALABAMA

ALFA CORPORATION, an Alabama Corporation

*ALIAS*

## SUMMONS IN A CIVIL ACTION

V.

ALFA FINANCIAL CORPORATION,
a Texas Corporation

CASE NUMBER:    2:06-cv-1007-ID

**RETURNED AND FILED**

FEB – 8 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

TO: (Name and address of Defendant)

Alfa Financial Corporation
c/o Franktheia Williams
10627 Wickersham Lane
Houston, Texas  77042

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert A. Huffaker
Rushton, Stakely, Johnston & Garrett, P.A.
Post Office Box 270
Montgomery, Alabama  36101-0270

Juan C. Basombrio
Dorsey & Whitney, LLP
38 Technology Drive
Irvine, California  92618

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

*Ben Wiveen*

(By) DEPUTY CLERK

12/11/2006

DATE

Case 2:06-cv-01007-ID-WC    Document 14-2    Filed 01/10/2008    Page 9 of 39

Case 2:06-cv-01007-ID-WC    Document 11    Filed 05/08/2007    Page 5 of 9
Case 2:06-cv-01007-ID-WC    Document 7    Filed 02/08/2007    Page 1 of 2

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE *1-19-07* | |
| NAME OF SERVER *(PRINT)* *Dick Rogers* | TITLE *Process Server* | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: *10333 Harwin #612 Houston, Texas*

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: *Rowland Etuk - Broker Alfa Financial & Investment Co.*

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *1-19-07*
      Date                 Signature of Server

*10242 Kent Towne Ln.*
*Sugar Land, TX. 77478*
Address of Server

**RETURNED AND FILED**

FEB - 8 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**DORSEY**
DORSEY & WHITNEY LLP

SOUTHERN CALIFORNIA OFFICE
949-932-3687

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES



Alfa Corporation                                                    Invoice No. 1454667
Legal Department
Attn: Tom Treadwell, Esq
P.O. Box 11000
Montgomery AL  36191

Client-Matter No.: 442112-00012
Alfa Financial Corporation

_____

**For Legal Services Rendered Through November 30, 2007**

## INVOICE TOTAL

| | |
|---|---:|
| Subtotal for Current Legal Fees | $9,034.00 |
| Less 15% Courtesy Discount | -$1,355.10 |
| Total For Current Legal Fees | $7,678.90 |
| Total For Current Disbursements and Service Charges | $797.96 |
| **Total For Current Invoice** | **$8,476.86** |
| **Summary of Account** | |
| *Prior Balance Due | $3,463.94 |
| Total Amount Due | $11,940.80 |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
File 074426
P.O. Box 60000
San Francisco, CA 94160

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN  55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**PAYMENT DUE UPON RECEIPT**

03055

**EXHIBIT** 7

# ◯ ⟫ DORSEY

DORSEY & WHITNEY LLP

SOUTHERN CALIFORNIA OFFICE
949-932-3687

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Alfa Corporation                                              Invoice No. 1454667
Legal Department
Attn: Tom Treadwell, Esq
P.O. Box 11000
Montgomery AL  36191

*If payment has been submitted for prior balance due, please disregard.

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**PAYMENT DUE UPON RECEIPT**

# ( )) DORSEY

### DORSEY & WHITNEY LLP

SOUTHERN CALIFORNIA OFFICE
949-932-3687

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Alfa Corporation                                            Invoice No. 1454667
Legal Department
Attn: Tom Treadwell, Esq
P.O. Box 11000
Montgomery AL  36191

**Client-Matter No: 442112-00012**

**Alfa Financial Corporation**

**For Legal Services Rendered Through November 30, 2007**

| | | | | |
|---|---|---|---|---|
| 11/01/07 | E. Epstein | 2.00 | 740.00 | Draft motion for default judgment |
| 11/01/07 | M. Hilpert | 8.10 | 2,308.50 | Draft memorandum of law in support of motion to enter default judgment |
| 11/01/07 | M. Pomerance | 0.20 | 56.00 | Collect financial information |
| 11/02/07 | M. Hilpert | 5.50 | 1,567.50 | Revise brief; meet with E. Epstein to discuss |
| 11/07/07 | E. Epstein | 1.50 | 555.00 | Draft motion for summary judgment |
| 11/07/07 | J. Basombrio | 0.50 | 267.50 | Work on motion for entry of default judgment and request for attorney's fees; review various correspondence regarding the same |
| 11/08/07 | E. Epstein | 2.00 | 740.00 | Draft motion for default judgment |
| 11/12/07 | E. Epstein | 4.00 | 1,480.00 | Draft motion for default judgment |
| 11/12/07 | M. Pomerance | 2.20 | 616.00 | Research in Texas department of corporations |
| 11/13/07 | E. Epstein | 1.75 | 647.50 | Draft motion for default judgment |
| 11/13/07 | M. Pomerance | 0.20 | 56.00 | Telephone conferences with Texas secretary of state and with L. Snook at Corporation |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.
**PAYMENT DUE UPON RECEIPT**

DORSEY & WHITNEY LLP

Alfa Corporation                                                    Page 2
Client-Matter No.: 442112-00012
Invoice No.: 1454667

Service Company

**Total Hours**          27.95

| | |
|---|---:|
| **Subtotal for Legal Fees** | $9,034.00 |
| **Less 15% Courtesy Discount** | -$1,355.10 |
| **Total for Legal Fees** | $7,678.90 |

## Disbursements and Service Charges

| | |
|---|---:|
| Computerized Legal Research - Westlaw search done on 11/01/07 | 304.42 |
| Computerized Legal Research - Westlaw search done on 10/31/07 | 200.71 |
| Computerized Legal Research - Lexis search done 11/12/07 | 69.83 |
| Professional Service - CSC - Services rendered regarding Document Retrieval work in TX and Certificate of Good Standing for Alfa Financial Corporation 11/13/07 | 92.00 |
| Professional Service - CSC - - Services rendered regarding Document Retrieval work in GA and Plain Copy of Document for Alfa Financial Corporation 11/05/07 | 54.00 |
| Professional Service - CSC - Services rendered regarding Document Retrieval work in TX and Certified Copy of Document for Alfa Financial Corporation 11/13/07 | 77.00 |
| **Total for Disbursements and Service Charges** | **$797.96** |
| **Total This Invoice** | **$8,476.86** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.
**PAYMENT DUE UPON RECEIPT**

**DORSEY**
DORSEY & WHITNEY LLP

Alfa Corporation
Client-Matter No.: 442112-00012
Invoice No.: 1454667

## Statement of Account

| Invoice Date | Invoice Number | Invoice Amount | Payments | Balance Due |
|---|---|---|---|---|
| 11/07/07 | 1446572 | $3,463.94 | $0.00 | $3,463.94 |
| **Prior Balance Due** | | | | **$3,463.94** |

## DORSEY

DORSEY & WHITNEY LLP

SOUTHERN CALIFORNIA OFFICE
949-932-3687

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Alfa Corporation                                          Invoice No. 1446572
Legal Department
Attn: Tom Treadwell, Esq
P.O. Box 11000
Montgomery AL  36191

Client-Matter No.: 442112-00012
Alfa Financial Corporation

---

**For Legal Services Rendered Through October 31, 2007**

# INVOICE TOTAL

| | |
|---|---:|
| Subtotal for Current Legal Fees | $3,751.00 |
| Less 15% Courtesy Discount | -$562.65 |
| Total For Current Legal Fees | $3,188.35 |
| Total For Current Disbursements and Service Charges | $275.59 |
| **Total For Current Invoice** | **$3,463.94** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760.  Thank you.

| Mailing Instructions: | Wire Instructions: | |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| File 074426 | 800 Nicollet Mall | Account Number: 1602-3010-8500 |
| P.O. Box 60000 | Minneapolis, MN  55402 | Swift Code: USBKUS44IMT |
| San Francisco, CA 94160 | | |

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**PAYMENT DUE UPON RECEIPT**

03055

# ⊂ ⟫ DORSEY

DORSEY & WHITNEY LLP

SOUTHERN CALIFORNIA OFFICE
949-932-3687

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Alfa Corporation                                           Invoice No. 1446572
Legal Department
Attn: Tom Treadwell, Esq
P.O. Box 11000
Montgomery AL  36191

**Client-Matter No: 442112-00012**

**Alfa Financial Corporation**

**For Legal Services Rendered Through October 31, 2007**

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 10/16/07 | E. Epstein | 0.50 | 185.00 | Research options for default judgment |
| 10/16/07 | J. Basombrio | 0.50 | 267.50 | Work on motion for entry of default judgment; review pleadings regarding the same |
| 10/23/07 | E. Epstein | 1.75 | 647.50 | Research motion for default judgment |
| 10/23/07 | J. Basombrio | 0.50 | 267.50 | Follow up regarding motion for entry of default judgment; review legal issues regarding same; review correspondence |
| 10/31/07 | M. Hilpert | 6.30 | 1,795.50 | Draft memorandum of law for motion to enter default judgment |
| 10/31/07 | M. Pomerance | 2.10 | 588.00 | Search SEC and State database for financial statements |
| | **Total Hours** | **11.65** | | |

|  |  |
|---|---|
| **Subtotal for Legal Fees** | **$3,751.00** |
| **Less 15% Courtesy Discount** | **-$562.65** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**PAYMENT DUE UPON RECEIPT**

**DORSEY**
DORSEY & WHITNEY LLP

Alfa Corporation                                                              Page 2
Client-Matter No.: 442112-00012
Invoice No.: 1446572


**Total for Legal Fees**          **$3,188.35**


**Disbursements and Service Charges**

Computerized Legal Research - Lexis search done on 10/23/07                  275.59

**Total for Disbursements and Service Charges**          **$275.59**

**Total This Invoice**          **$3,463.94**


Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.
**PAYMENT DUE UPON RECEIPT**

# DORSEY

DORSEY & WHITNEY LLP

SOUTHERN CALIFORNIA OFFICE
949-932-3687

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Alfa Corporation
Legal Department
Attn: Tom Treadwell, Esq
P.O. Box 11000
Montgomery AL  36191

Invoice No. 1416947

Client-Matter No.: 442112-00012
Alfa Financial Corporation

---

**For Legal Services Rendered Through June 30, 2007**

# INVOICE TOTAL

| | |
|---|---:|
| Subtotal for Current Legal Fees | $350.00 |
| Less 15% Courtesy Discount | -$52.50 |
| Total For Current Legal Fees | $297.50 |
| **Total For Current Invoice** | **$297.50** |
| **Summary of Account** | |
| *Prior Balance Due | $382.50 |
| Total Amount Due | $680.00 |

*If payment has been submitted for prior balance due, please disregard.

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
File 074426
P.O. Box 60000
San Francisco, CA 94160

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN  55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**PAYMENT DUE UPON RECEIPT**

03055

# DORSEY
### DORSEY & WHITNEY LLP

SOUTHERN CALIFORNIA OFFICE
949-932-3687

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Alfa Corporation
Legal Department
Attn: Tom Treadwell, Esq
P.O. Box 11000
Montgomery AL  36191

Invoice No. 1416947

**Client-Matter No: 442112-00012**

**Alfa Financial Corporation**

---

**For Legal Services Rendered Through June 30, 2007**

| | | | | |
|---|---|---|---|---|
| 06/06/07 | J. Basombrio | 0.70 | 350.00 | Review entry of default by clerk; review correspondence from R. Huffacker regarding same; review potential motion for default judgment, remedies and relief to be requested, and potential discovery in and of default judgment; correspondence with M. Reiner regarding same |

**Total Hours**          0.70

| | |
|---|---|
| **Subtotal for Legal Fees** | **$350.00** |
| **Less 15% Courtesy Discount** | **-$52.50** |
| **Total for Legal Fees** | **$297.50** |
| **Total This Invoice** | **$297.50** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.
**PAYMENT DUE UPON RECEIPT**

**DORSEY**
DORSEY & WHITNEY LLP

Alfa Corporation
Client-Matter No.: 442112-00012
Invoice No.: 1416947

**Statement of Account**

| Invoice Date | Invoice Number | Invoice Amount | Payments | Balance Due |
|---|---|---|---|---|
| 06/13/07 | 1412053 | $382.50 | $0.00 | $382.50 |
| **Prior Balance Due** | | | | **$382.50** |

# C ⟩⟩ DORSEY

### DORSEY & WHITNEY LLP

SOUTHERN CALIFORNIA OFFICE
949-932-3687

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Alfa Corporation                                                     Invoice No. 1412053
Legal Department
Attn: Tom Treadwell, Esq
P.O. Box 11000
Montgomery AL  36191

Client-Matter No.: 442112-00012
Alfa Financial Corporation

---

**For Legal Services Rendered Through May 31, 2007**

# INVOICE TOTAL

| | |
|---|---|
| Subtotal for Current Legal Fees | $450.00 |
| Less 15% Courtesy Discount | -$67.50 |
| Total For Current Legal Fees | $382.50 |
| **Total For Current Invoice** | **$382.50** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

| Mailing Instructions: | Wire Instructions: | |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| File 074426 | 800 Nicollet Mall | Account Number: 1602-3010-8500 |
| P.O. Box 60000 | Minneapolis, MN  55402 | Swift Code: USBKUS44IMT |
| San Francisco, CA 94160 | | |

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**PAYMENT DUE UPON RECEIPT**

03055

# ◯ ❱❱ DORSEY

### DORSEY & WHITNEY LLP

SOUTHERN CALIFORNIA OFFICE
949-932-3687

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Alfa Corporation                                                Invoice No. 1412053
Legal Department
Attn: Tom Treadwell, Esq
P.O. Box 11000
Montgomery AL  36191

**Client-Matter No: 442112-00012**

**Alfa Financial Corporation**

---

**For Legal Services Rendered Through May 31, 2007**

| | | | | |
|---|---|---|---|---|
| 05/01/07 | J. Basombrio | 0.10 | 50.00 | Check court docket regarding status; review proof of service |
| 05/02/07 | J. Basombrio | 0.30 | 150.00 | Correspondence with R. Huffacker regarding motion for entry of default; review court docket regarding same; review correspondence from local counsel |
| 05/16/07 | J. Basombrio | 0.30 | 150.00 | Review electronic court docket regarding status; review Alfa's application for entry of default; correspondence with client regarding same |
| 05/25/07 | J. Basombrio | 0.20 | 100.00 | Review correspondence from R. Huffacker regarding entry of default; review docket; correspondence with local counsel |
| | **Total Hours** | **0.90** | | |

**Subtotal for Legal Fees**          **$450.00**

**Less 15% Courtesy Discount**       **-$67.50**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**PAYMENT DUE UPON RECEIPT**

DORSEY

DORSEY & WHITNEY LLP

Alfa Corporation                                                      Page 2
Client-Matter No.: 442112-00012
Invoice No.: 1412053

**Total for Legal Fees**          **$382.50**

**Total This Invoice**          **$382.50**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.
**PAYMENT DUE UPON RECEIPT**

# ◖ ◗ **DORSEY**
### DORSEY & WHITNEY LLP

SOUTHERN CALIFORNIA OFFICE
949-932-3687

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Alfa Corporation                                                    Invoice No. 1405324
Legal Department
Attn: Tom Treadwell, Esq
P.O. Box 11000
Montgomery AL  36191

Client-Matter No.: 442112-00012
Alfa Financial Corporation

---

**For Legal Services Rendered Through April 30, 2007**

## INVOICE TOTAL

| | |
|---|---|
| Subtotal for Current Legal Fees | $200.00 |
| Less 15% Courtesy Discount | -$30.00 |
| Total For Current Legal Fees | $170.00 |
| **Total For Current Invoice** | **$170.00** |
| **Summary of Account** | |
| *Prior Balance Due | $13,319.56 |
| Total Amount Due | $13,489.56 |

*If payment has been submitted for prior balance due, please disregard.

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760.  Thank you.

| Mailing Instructions: | Wire Instructions: | |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| File 074426 | 800 Nicollet Mall | Account Number: 1602-3010-8500 |
| P.O. Box 60000 | Minneapolis, MN  55402 | Swift Code: USBKUS44IMT |
| San Francisco, CA 94160 | | |

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.
**PAYMENT DUE UPON RECEIPT**

03055

# DORSEY
### DORSEY & WHITNEY LLP

SOUTHERN CALIFORNIA OFFICE
949-932-3687

(Tax Identification No. 41-0223337)

### STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Alfa Corporation
Legal Department
Attn: Tom Treadwell, Esq
P.O. Box 11000
Montgomery AL  36191

Invoice No. 1405324

**Client-Matter No: 442112-00012**

**Alfa Financial Corporation**

---

**For Legal Services Rendered Through April 30, 2007**

| 04/23/07 | J. Basombrio | 0.40 | 200.00 | Review proof of services of complaint; review answer date; review court docket; follow up with client and local counsel regarding default motion; review correspondence from local counsel regarding same |
|---|---|---|---|---|

| **Total Hours** | | **0.40** | | |

| | **Subtotal for Legal Fees** | **$200.00** |
|---|---|---|
| | **Less 15% Courtesy Discount** | **-$30.00** |
| | **Total for Legal Fees** | **$170.00** |
| | **Total This Invoice** | **$170.00** |

**DORSEY**
DORSEY & WHITNEY LLP

Alfa Corporation
Client-Matter No.: 442112-00012
Invoice No.: 1405324

## Statement of Account

| Invoice Date | Invoice Number | Invoice Amount | Payments | Balance Due |
|---|---|---|---|---|
| 03/12/07 | 1390633 | $10,772.96 | $0.00 | $10,772.96 |
| 04/05/07 | 1395934 | $2,546.60 | $0.00 | $2,546.60 |
| **Prior Balance Due** | | | | **$13,319.56** |

# DORSEY

DORSEY & WHITNEY LLP

SOUTHERN CALIFORNIA OFFICE
949-932-3687

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Alfa Insurance Companies
Legal Department
Attn: Tom Treadwell, Esq
P.O. Box 11000
Montgomery AL  36191

Invoice No. 1395934

Client-Matter No.: 442112-00012
Alfa Financial Corporation

---

**For Legal Services Rendered Through March 31, 2007**

## INVOICE TOTAL

| | |
|---|---:|
| Subtotal for Current Legal Fees | $2,996.00 |
| Less 15% Courtesy Discount | -$449.40 |
| Total For Current Legal Fees | $2,546.60 |
| **Total For Current Invoice** | **$2,546.60** |
| **Summary of Account** | |
| *Prior Balance Due | $10,772.96 |
| Total Amount Due | $13,319.56 |

*If payment has been submitted for prior balance due, please disregard.

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
File 074426
P.O. Box 60000
San Francisco, CA 94160

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN  55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**PAYMENT DUE UPON RECEIPT**

03055

## ◖ ⟫ D O R S E Y

DORSEY & WHITNEY LLP

SOUTHERN CALIFORNIA OFFICE
949-932-3687

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Alfa Insurance Companies
Legal Department
Attn: Tom Treadwell, Esq
P.O. Box 11000
Montgomery AL  36191

Invoice No. 1395934

**Client-Matter No: 442112-00012**

**Alfa Financial Corporation**

**For Legal Services Rendered Through March 31, 2007**

| | | | | |
|---|---|---|---|---|
| 03/01/07 | M. Reiner | 2.40 | 1,176.00 | Prepare default papers and review documents regarding same |
| 03/02/07 | M. Reiner | 3.00 | 1,470.00 | Prepare default papers and supporting documents |
| 03/06/07 | J. Basombrio | 0.50 | 250.00 | Review court docket regarding status of default application; correspondence with local counsel regarding same; correspondence with M. Reiner regarding default judgment motion; correspondence with client regarding same; review correspondence from local counsel |
| 03/13/07 | J. Basombrio | 0.20 | 100.00 | Correspondence with R. Huffacker regarding service of process and default issues; review correspondence |

**Total Hours**          **6.10**

**Subtotal for Legal Fees**          **$2,996.00**

**Less 15% Courtesy Discount**          **-$449.40**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.
**PAYMENT DUE UPON RECEIPT**

DORSEY
DORSEY & WHITNEY LLP

Alfa Insurance Companies                                                Page 2
Client-Matter No.: 442112-00012
Invoice No.: 1395934

**Total for Legal Fees**        **$2,546.60**

**Total This Invoice**          **$2,546.60**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.
**PAYMENT DUE UPON RECEIPT**

**DORSEY**
DORSEY & WHITNEY LLP

Alfa Insurance Companies
Client-Matter No.: 442112-00012
Invoice No.: 1395934

**Statement of Account**

| Invoice Date | Invoice Number | Invoice Amount | Payments | Balance Due |
|---|---|---|---|---|
| 03/12/07 | 1390633 | $10,772.96 | $0.00 | $10,772.96 |
| **Prior Balance Due** | | | | **$10,772.96** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.
**PAYMENT DUE UPON RECEIPT**

# ⊂⊃ DORSEY

### DORSEY & WHITNEY LLP

SOUTHERN CALIFORNIA OFFICE
949-932-3687

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Alfa Insurance Companies                                              Invoice No. 1390633
Legal Department
Attn: Tom Treadwell, Esq
P.O. Box 11000
Montgomery AL  36191

Client-Matter No.: 442112-00012
Alfa Financial Corporation

---

**For Legal Services Rendered Through February 28, 2007**

## INVOICE TOTAL

| | |
|---|---:|
| Subtotal for Current Legal Fees | $12,644.00 |
| Less 15% Courtesy Discount | -$1,896.60 |
| Total For Current Legal Fees | $10,747.40 |
| Total For Current Disbursements and Service Charges | $25.56 |
| **Total For Current Invoice** | **$10,772.96** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760.  Thank you.

| Mailing Instructions: | Wire Instructions: | |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| File 074426 | 800 Nicollet Mall | Account Number: 1602-3010-8500 |
| P.O. Box 60000 | Minneapolis, MN  55402 | Swift Code: USBKUS44IMT |
| San Francisco, CA 94160 | | |

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**PAYMENT DUE UPON RECEIPT**

03055

**DORSEY**

DORSEY & WHITNEY LLP

SOUTHERN CALIFORNIA OFFICE
949-932-3687

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Alfa Insurance Companies                                    Invoice No. 1390633
Legal Department
Attn: Tom Treadwell, Esq
P.O. Box 11000
Montgomery AL  36191

**Client-Matter No: 442112-00012**

**Alfa Financial Corporation**

**For Legal Services Rendered Through February 28, 2007**

| | | | | |
|---|---|---|---|---|
| 02/01/07 | J. Basombrio | 0.40 | 200.00 | Review court docket; check on status of service of process on defendant |
| 02/04/07 | J. Basombrio | 0.30 | 150.00 | Review file regarding service of process; review subpoena regarding Alfa Bank case and file |
| 02/06/07 | J. Basombrio | 0.20 | 100.00 | Correspondence with local counsel regarding service of process |
| 02/08/07 | J. Basombrio | 0.50 | 250.00 | Review executed proof of service of summons; review business filing sin state of Texas for defendant; review correspondence; correspondence with local counsel regarding same |
| 02/09/07 | J. Basombrio | 0.80 | 400.00 | Review proof of services, correspondence from local counsel, and follow up regarding same; review possibility of default proceedings against defendant; review complaint regarding same; call with T. Treadwell regarding same |
| 02/17/07 | J. Basombrio | 0.70 | 350.00 | Work on motion for entry of default judgment; review correspondence regarding same |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**PAYMENT DUE UPON RECEIPT**

DORSEY & WHITNEY LLP

Alfa Insurance Companies                                                    Page 2
Client-Matter No.: 442112-00012
Invoice No.: 1390633

| 02/21/07 | M. Reiner | 1.00 | 490.00 | Telephone conference with J. Basombrio regarding default; telephone conference with R. Huffaker |
| 02/21/07 | J. Basombrio | 1.00 | 500.00 | Work on default judgment; conference with R. Huffacker; correspondence with client regarding same; review file regarding same |
| 02/22/07 | M. Reiner | 4.20 | 2,058.00 | Prepare default papers |
| 02/22/07 | J. Basombrio | 0.70 | 350.00 | Finalize request for entry of default and forward same to R. Huffacker; review client docket |
| 02/23/07 | M. Reiner | 3.80 | 1,862.00 | Prepare default papers |
| 02/26/07 | M. Reiner | 4.20 | 2,058.00 | Prepare default papers |
| 02/26/07 | J. Basombrio | 0.40 | 200.00 | Review application for entry of default; review docket |
| 02/27/07 | M. Reiner | 4.00 | 1,960.00 | Prepare default papers |
| 02/27/07 | J. Basombrio | 0.10 | 50.00 | Review correspondence; correspondence with client |
| 02/28/07 | M. Reiner | 3.40 | 1,666.00 | Prepare default papers |

**Total Hours**      **25.70**

**Subtotal for Legal Fees**       **$12,644.00**

**Less 15% Courtesy Discount**       **-$1,896.60**

**Total for Legal Fees**       **$10,747.40**

**Disbursements and Service Charges**

Computerized Legal Research - Westlaw search done on 02/08/07          25.56

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.
**PAYMENT DUE UPON RECEIPT**

DORSEY
DORSEY & WHITNEY LLP

Alfa Insurance Companies                                                    Page 3
Client-Matter No.: 442112-00012
Invoice No.: 1390633

**Total for Disbursements and Service Charges**          **$25.56**

**Total This Invoice**          **$10,772.96**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.
**PAYMENT DUE UPON RECEIPT**

**DORSEY**

DORSEY & WHITNEY LLP

SOUTHERN CALIFORNIA OFFICE
949-932-3687

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Alfa Insurance Companies                                          Invoice No. 1375984
Legal Department
Attn: Tom Treadwell, Esq
P.O. Box 11000
Montgomery AL  36191

Client-Matter No.: 442112-00012
Alfa Financial Corporation

---

**For Legal Services Rendered Through December 31, 2006**

# INVOICE TOTAL

| | |
|---|---:|
| Subtotal for Current Legal Fees | $350.00 |
| Less 15% Courtesy Discount | -$52.50 |
| Total For Current Legal Fees | $297.50 |
| **Total For Current Invoice** | **$297.50** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

| Mailing Instructions: | Wire Instructions: | |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| File 074426 | 800 Nicollet Mall | Account Number: 1602-3010-8500 |
| P.O. Box 60000 | Minneapolis, MN  55402 | Swift Code: USBKUS44IMT |
| San Francisco, CA 94160 | | |

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.
**PAYMENT DUE UPON RECEIPT**

03055

# ◁ ◈ DORSEY
### DORSEY & WHITNEY LLP

SOUTHERN CALIFORNIA OFFICE
949-932-3687

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Alfa Insurance Companies
Legal Department
Attn: Tom Treadwell, Esq
P.O. Box 11000
Montgomery AL  36191

Invoice No. 1375984

**Client-Matter No: 442112-00012**

**Alfa Financial Corporation**

**For Legal Services Rendered Through December 31, 2006**

| | | | | |
|---|---|---|---|---|
| 12/06/06 | J. Basombrio | 0.30 | 150.00 | Review court docket and work regarding service of process; correspondence with local counsel |
| 12/11/06 | J. Basombrio | 0.10 | 50.00 | Review correspondence and follow up regarding services of process |
| 12/31/06 | J. Basombrio | 0.30 | 150.00 | Review court docket regarding status |

**Total Hours**          **0.70**

**Subtotal for Legal Fees**          **$350.00**

**Less 15% Courtesy Discount**          **-$52.50**

**Total for Legal Fees**          **$297.50**

**Total This Invoice**          **$297.50**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.
**PAYMENT DUE UPON RECEIPT**

# DORSEY

### DORSEY & WHITNEY LLP

SOUTHERN CALIFORNIA OFFICE
949-932-3687

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Alfa Insurance Companies                                                    Invoice No. 1369161
Legal Department
Attn: Tom Treadwell, Esq
P.O. Box 11000
Montgomery AL  36191

Client-Matter No.: 442112-00012
Alfa Financial Corporation

---

**For Legal Services Rendered Through November 30, 2006**

## INVOICE TOTAL

| | |
|---|---:|
| Subtotal for Current Legal Fees | $850.00 |
| Less 15% Courtesy Discount | -$127.50 |
| Total For Current Legal Fees | $722.50 |
| Total For Current Disbursements and Service Charges | $84.02 |
| **Total For Current Invoice** | **$806.52** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:               Wire Instructions:
Dorsey & Whitney LLP               U.S. Bank National Association        ABA Routing Number: 091000022
File 074426                        800 Nicollet Mall                     Account Number: 1602-3010-8500
P.O. Box 60000                     Minneapolis, MN  55402                Swift Code: USBKUS44IMT
San Francisco, CA 94160

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**PAYMENT DUE UPON RECEIPT**

03055

# ⊂ ⟩⟩ DORSEY
DORSEY & WHITNEY LLP

SOUTHERN CALIFORNIA OFFICE
949-932-3687

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Alfa Insurance Companies                                         Invoice No. 1369161
Legal Department
Attn: Tom Treadwell, Esq
P.O. Box 11000
Montgomery AL  36191

**Client-Matter No: 442112-00012**

**Alfa Financial Corporation**

---

**For Legal Services Rendered Through November 30, 2006**

| 11/06/06 | J. Basombrio | 1.00 | 500.00 | Work on complaint against Alfa Financial; review background documents regarding same; correspondence with R. Huffacker regarding same |
| 11/07/06 | J. Basombrio | 0.40 | 200.00 | Follow up regarding check into Alfa Financial (Houston) status; correspondence with local counsel regarding filing lawsuit |
| 11/08/06 | J. Basombrio | 0.30 | 150.00 | Review Alfa Financial (Houston) complaint; correspondence with local counsel regarding next steps |

**Total Hours**          **1.70**

**Subtotal for Legal Fees**          **$850.00**

**Less 15% Courtesy Discount**          **-$127.50**

**Total for Legal Fees**          **$722.50**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.
**PAYMENT DUE UPON RECEIPT**

**DORSEY**
DORSEY & WHITNEY LLP

Alfa Insurance Companies                                                    Page 2
Client-Matter No.: 442112-00012
Invoice No.: 1369161

**Disbursements and Service Charges**

| | |
|---|---|
| Messenger Charges | 69.02 |
| Filing Fee -  Time Machine Network, Inc.  - U.S. District Court 10/25/06 | 15.00 |
| **Total for Disbursements and Service Charges** | **$84.02** |
| **Total This Invoice** | **$806.52** |