IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALFA CORPORATION, ) | |
| an Alabama Corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:06-CV-1007-ID |
| ) | |
| ALFA FINANCIAL CORPORATION, ) | |
| a Texas Corporation, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon CONSIDERATION of Plaintiff's Motion for Final Default Judgment Against Defendant Alfa Financial Corporation, filed January 10, 2008 (Doc. No. 13), it is

ORDERED that Defendant Alfa Financial Corporation show cause, if any there be, on or before January 31, 2008, why said motion should not be granted.

DONE this 17st day of January, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE