IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALFA CORPORATION, an Alabama corporation, ) ) ) | |
| Plaintiff, ) | |
| v. ) ) | CIVIL ACTION NO. 2:06cv1007-ID |
| ALFA FINANCIAL CORP., a Texas corporation, ) ) ) | |
| Defendant. ) | |

**ORDER**

Before the court is a motion for entry of default judgment, filed January 10, 2008, by Plaintiff Alfa Corporation ("Plaintiff"). (Doc. No. 13.) The motion is accompanied by a memorandum of law and evidence. (Doc. No. 14.) The court gave Defendant Alfa Financial Corporation ("Defendant") an opportunity to respond to the motion, but Defendant did not do so. (Doc. No. 15.) The motion is due to be granted, without the necessity of a hearing.[1]

Plaintiff commenced this lawsuit on November 8, 2006, alleging violations of the Lanham Act, namely, 15 U.S.C. §§ 1114(1) and 1125(a)(1)(A), and also asserting supplemental state-law claims. Defendant has not responded to the complaint or otherwise made an appearance in this action, notwithstanding the fact that it has been served with a summons together with a copy of the complaint. Having obtained an entry

---

[1] The court finds that "all essential evidence is already of record," S.E.C. v. Smyth, 420 F.3d 1225, 1231-32 & n.13 (11th Cir. 2005), and that, therefore, a hearing is not required on the motion.

of default from the clerk pursuant to Rule 55(a) of the Federal Rules of Civil Procedure (see Doc. No. 12), Plaintiff seeks a default judgment against Defendant, a permanent injunction, an order directing Defendant to deliver to Plaintiff for destruction all items which "bear any designation in violation of Plaintiff's right as decreed herein," and reasonable attorney's fees.  (Doc. No. 1 at 9-11); (Doc. No. 13 at 9-12); Fed. R. Civ. P. 55(b)(2).  Based upon the complaint and the evidentiary record, as well as upon the arguments presented and the authorities cited in Plaintiff's well-reasoned brief, the court finds that all requirements are satisfied for an entry of default judgment in Plaintiff's favor on the terms requested.

Accordingly, it is CONSIDERED and ORDERED that Plaintiff's motion for entry of default judgment (Doc. No. 13) be and the same is hereby GRANTED.  A separate judgment shall be entered contemporaneously herewith.

DONE this 28th day of February, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE